# UNITED STATES DISTRICT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| JOSE GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and SYNCHRONY BANK,<br><br>    Defendants. | Case No. 2:25-cv-00168-SPL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff JOSE GONZALES ("Plaintiff") and Defendant TRANS UNION, LLC ("TRANS UNION" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to TRANS UNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Please be advised that this settlement does not affect Plaintiff's claims or rights as they pertain to Defendants, EQUIFAX, INC. ("EQUIFAX"), EXPERIAN INFORMATION SERVICES, INC. ("EXPERIAN") and SYNCHRONY BANK ("SYNCHRONY").

RESPECTFULLY SUBMITTED,

Dated: February 21, 2025   By:   */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
**The Law Offices of Jeffrey Lohman, PLLC**
2325 Camelback Road, Suite 400
Phoenix, AZ 85016
T: (602) 461-7404
E: jeffl@jlohman.com

Attorneys for Plaintiff,
JOSE GONZALES

# CERTIFICATE OF SERVICE

I certify that on February 21, 2025, I served Plaintiff JOSE GONZALES's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
**The Law Offices of Jeffrey Lohman, PLLC**
2325 Camelback Road, Suite 400
Phoenix, AZ 85016
T: (602) 461-7404
E: jeffl@jlohman.com

Attorneys for Plaintiff,
JOSE GONZALES